1   Melinda M. Morton, SB209373
    mindy.morton@procopio.com
2   PROCOPIO, CORY, HARGREAVES AND
        SAVITCH LLP
3   1020 Marsh Road, Suite 200
    Menlo Park, CA  94025
4   Telephone: 650.645.9000
    Facsimile:  619.235.0398
5

6   Attorney for Defendant
    AUTOMATTIC INC.
7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ALEXANDRE FAYCAL JOUDE and          Case No.
    DANIEL JOUDE,
12                                       **DEFENDANT AUTOMATTIC INC.'S
                                         NOTICE OF REMOVAL OF ACTION
13          Plaintiffs,                  TO DISTRICT COURT**

14  v.                                   (FEDERAL QUESTION)

15  WORDPRESS FOUNDATION, a California
    corporation, and AUTOMATTIC, INC., a Delaware
16  corporation, and DOES 1-10,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 4102 and 4103, Defendant Automattic Inc. ("Automattic" or "Defendant") hereby removes the action entitled *Alexandre Faycal Joude and Daniel Joude v. WordPress Foundation, Automattic Inc*., *and Does 1-10*, San Francisco County Superior Case No. CGC-14-538193, to this Court on the following grounds:

## I.       THE COMPLAINT AND STATE COURT PROCEEDINGS

1.      On March 24, 2014, Plaintiffs Alexandre Faycal Joude and Daniel Joude (collectively "Plaintiffs") commenced this action by filing a complaint in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-14-538193, entitled Alexandre Faycal Joude and Daniel Joude v. WordPress Foundation, a California corporation, and Automattic Inc., a Delaware corporation, and Does 1-10, (the "Action").  Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons, Complaint, and Civil Cover Sheet (the "Complaint") served on Defendant Automattic on March 25, 2014, are submitted herewith.  *See* Declaration of Melinda M. Morton in Support of Automattic Inc.'s Notice of Removal ("Morton Decl."), Ex. 1.  True and correct copies of all other process, pleadings, and orders filed and served in the state court action are attached as Exhibit 2 to the Morton Declaration.

2.      On March 25, 2014, Plaintiffs sought an *ex parte* temporary restraining order and order to show cause requiring the removal of the blog posted at www.thejoudes.wordpress.com (the "Blog").  Defendant Automattic opposed the application.  The Court denied the application without issuing a written order.  True and correct copies of Plaintiffs' Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Regarding Their Request for a Preliminary Injunction and supporting papers are attached as Exhibit 2 to the Morton Declaration.

3.      On April 2, 2014, Plaintiffs dismissed Defendant WordPress Foundation.  *See* Morton Decl., Ex. 2.

4.      The Complaint seeks declaratory relief "to establish that WordPress and Automattic

DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT

are bound by the March 12, 2014 Order of the Tribunal de Grade Instance de Paris, ordering them to remove and/or take down the Blog." *See* Complaint, ¶ 30.  The Complaint also seeks declaratory relief "to establish that WordPress and Automattic are bound to comply with their Terms of Service and Complaints website stated policy."  *See* Complaint, ¶ 37.  Finally, the Complaint includes a cause of action for misappropriation of likeness.  *See* Complaint, ¶¶ 38-43.

5. Pursuant to stipulation and order, Automattic's Answer to the Complaint is due on May 23, 2014.   A true and correct copy of the signed stipulation and order is attached to the Morton Declaration as Exhibit 2.

6. Defendant is informed and believes that no further proceedings have been commenced in the state court action.

## II.      THIS COURT HAS FEDERAL JURISDICTION

### A.      Federal Question

7. Federal courts have original jurisdiction over actions arising under the "laws…of the United States."  28 U.S.C. § 1331.

8. The above-described state Action is a civil action containing claims over which the District Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1441 and is one that may be removed to the United States District Court by Defendant pursuant to the Securing The Protection Of Our Enduring and Established Constitutional Heritage Act, 28 U.S.C. Sections 4101, *et seq.*

9. "[A] domestic court shall not recognize or enforce a foreign judgment for defamation against the provider of an interactive computer service, as defined in section 230 of the Communications Act of 1934 (47 U.S.C. 230) unless the domestic court determines that the judgment would be consistent with section 230 if the information that is the subject of such judgment had been provided in the United States." 28 U.S.C. § 4102.  Defendant Automattic is a "provider of an interactive computer service."  *See* Complaint, ¶ 3.

10. The Action is a civil action to enforce a foreign judgment for defamation against Automattic, a "provider of an interactive computer service," and involves a controversy in which

2

DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT

Plaintiffs are "citizen[s] or subject[s] of a foreign state" and Defendant Automattic "is a citizen of a State." 28 U.S.C. § 4102, 4103. *See* Complaint, ¶¶ 3, 5, and 6. A foreign action for defamation means "any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person." 28 U.S.C. § 4101(1).

11.     The First Cause of Action in the Complaint seeks "to establish that WordPress and Automattic are bound by the March 12, 2014 Order of the Tribunal de Grande Instance de Paris, ordering them to remove and/or take down the Blog." *See* Complaint, ¶ 30. The French Order requires the "immediate removal" Blog and "acknowledge[s Plaintiffs] in the presentation of their request." *See* Complaint, Exs. A, B. The request to the French Court alleges that the Blog contains false speech and caused harm to Plaintiffs' reputations. *See* Declaration of Jean-Luc Imbert in Support of Plaintiffs' Ex Parte Application, Exs. B, C, attached to the Morton Declaration as Exhibit 2. The Complaint also states that "The Blog contains numerous outrageous statements and claims about the Joudes and their family that are false, and if believed by a reader of the blog, are damaging to their personal and professional reputations." *See* Complaint, ¶ 13.

**B.     Supplemental Jurisdiction**

12.     Supplemental jurisdiction arises under 28 U.S.C. § 1367, as both of Plaintiff's state claims form part of the same case or controversy as the federal claim. The state claims do not give rise to a novel or complex issue of state law; the state claims do not substantially predominate over the claim or claims over which the District Court has original jurisdiction; the District Court has not dismissed any claims over which it has original jurisdiction; and there are no compelling reasons for declining jurisdiction on the non-federal claims.

13.     In the instant case, the two state claims and the federal claim arise from the same common nucleus of operative fact. Specifically, Plaintiff's allegations all stem from purported harm caused by the Blog. All these claims are so interrelated that Plaintiff would ordinarily be expected to try them all in a single judicial proceeding.

DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT

DOCS 1948469.1

1   **III.    VENUE AND INTRA-DISTRICT ASSIGNMENT**

2       14.    Pursuant to 28 U.S.C. § 1446(a), Defendant Automattic is filing this Notice of

3   Removal in the United States District Court for the Northern District District of California, located

4   in San Francisco County.  This is the proper district for removal because the state Action is

5   pending in the California Superior Court for San Francisco County.

6       15.    Pursuant to Civil Local Rule 3-2(d), the San Francisco or Oakland divisions are

7   proper for intra-District assignment upon removal, as the Action arises in San Francisco County.

8   **IV.    THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT**

9       16.    This Notice of Removal is timely filed within thirty (30) days of Defendant

10  Automattic's receipt of service of the Complaint as required by 28 U.S.C. § 1446(b).

11      17.    Prior Defendant WordPress Foundation was dismissed from the Action on April 2,

12  2014, and Does 1-10 have not been named or served.

13      18.    Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of

14  removal of the Action to Plaintiffs and Adverse Parties and will promptly file a copy of this Notice

15  of Removal with the Clerk of the Superior Court of the State of California, County of San

16  Francisco.

17      THEREFORE, the above Action now pending in the Superior Court of the State of

18  California for the County of San Francisco is hereby removed to this Court for determination.

19
20  DATED: April 10, 2014                     PROCOPIO, CORY, HARGREAVES AND
                                               SAVITCH LLP
21

22                                       By:   /s/ Melinda Morton
23                                             Melinda M. Morton

24                                             Attorney for Defendant
                                               AUTOMATTIC INC.
25

26

27

28

---

4

DOCS 1948469.1