Melinda M. Morton, SB209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES AND
 SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA  94025
Telephone: 650.645.9000
Facsimile:  619.235.0398

Attorney for Defendant
AUTOMATTIC INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE FAYCAL JOUDE and DANIEL JOUDE,<br><br>    Plaintiffs,<br><br>v.<br><br>WORDPRESS FOUNDATION, a California corporation, and AUTOMATTIC, INC., a Delaware corporation, and DOES 1-10,<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT**<br><br>[Removed from San Francisco County Superior Court, Case No. CGC14538193] |

DECLARATION OF MELINDA M. MORTON ISO DEFENDANT AUTOMATTIC INC.'S
NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT

I, Melinda M. Morton, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney with the law firm of Procopio, Cory, Hargreaves & Savitch LLP, counsel for Defendant Automattic Inc. in the above-captioned action. The following statements are based on my own personal knowledge, with the exception of those matters stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the civil case cover sheet, summons, and the complaint filed in the action *Alexandre Faycal Joude and Daniel Joude v. Wordpress Foundation, a California corporation, and Automattic Inc., a Delaware corporation, and Does 1-10*, Case No. CGC14538193 filed March 24, 2014, in the Superior Court in the State of California for the County of San Francisco.

3. Attached hereto as Exhibit 2 is a true and correct copy of all other state court pleadings filed in Case No. CGC14538193.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 10th day of April, 2014 at Menlo Park, California.

/s/ Melinda M. Morton
Melinda M. Morton

---

1
DECLARATION OF MELINDA M. MORTON ISO DEFENDANT AUTOMATTIC INC.'S
NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT