# EXHIBIT 2

# (Part 2 of 3)

## TO MORTON DECLARATION ISO
## NOTICE OF REMOVAL



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Mar-25-2014  8:36 am

Case Number: CGC-14-538193

Filing Date: Mar-24-2014 8:35

Filed by:  VICTORIA GONZALEZ

Juke Box: 001    Image: 04422680

DECLARATION OF

ALEXANDRE FAYCAL JOUDE et al VS. WORDPRESS FOUNDATION, A
CALIFORNIA CORPORATION et al

001C04422680

**Instructions:**
Please place this sheet on top of the document to be scanned.

1  PATRICIA MCCOY SMITH (SBN: 129290)
   patsmith@dhillonsmith.com
2  JOHN-PAUL S. DEOL (SBN: 284893)
   jpdeol@dhillonsmith.com
3  DHILLON & SMITH LLP
4  177 Post Street, Suite 700
   San Francisco, CA 94108
5  Telephone:    (415) 433-1700
6  Facsimile:    (415) 520-6593
7
   Attorneys for Plaintiffs Alexandre Fayçal Joude
8  and Daniel Joude

**F I L E D**
Superior Court of California
County of San Francisco

MAR 24 2014

CLERK OF THE COURT
BY: _____
               Deputy Clerk

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10      COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

11

12  ALEXANDRE FAYÇAL JOUDE,  and        Case No.:  **CGC- 1 4 - 5 3 8 1 9 3**
    DANIEL JOUDE,
13                                      **DECLARATION OF JEAN-LUC IMBERT**
14              Plaintiffs,             **IN SUPPORT OF PLAINTIFFS**
                                        **ALEXANDRE FAYÇAL JOUDE AND**
15      v.                              **DANIEL JOUDE EX PARTE**
                                        **APPLICATION FOR A TEMPORARY**
16  WORDPRESS FOUNDATION, a California  **RESTRAINING ORDER AND ORDER TO**
    corporation, AUTOMATTIC, INC., a    **SHOW CAUSE REGARDING THEIR**
17  Delaware corporation, and DOES 1-10 **REQUEST FOR A PRELIMINARY**
                                        **INJUNCTION**
18              Defendants.
19
20
21
22
23
24
25
26
27
28

Declaration of Jean-Luc Imbert                  **DHILLON & SMITH LLP**

Page 1

I, Jean-Luc Imbert, declare under penalty of perjury as follows:

1.      I am an attorney duly admitted to practice law in France.

2.      My office address is Imbert-Bared, Avocats à la Cour, 13, rue Royale, 75008, Paris, France.

3.      I represent Plaintiffs Alexandre Fayçal Joude and Daniel Joude ("the Joudes") in their litigation against WordPress and Automattic, Inc. in France.

4.      My native language is French, but I read, write, speak and understand English.

5.      On March 4, 2014, Alexandre Fayçal Joude sent WordPress an e-mail requesting that it remove the blog at http://thejoudes.wordpress.com ("the Blog"). A true and correct copy of this document, filed with the Tribunal de Grande Instance de Paris is attached as **Exhibit A**.

6.      On March 12, 2014, I filed a "Request for Removal" on behalf of the Joudes in the Tribunal de Grande Instance de Paris for an order directing WordPress and Automattic, Inc. to remove the Blog. A true and correct copy of this document is attached as **Exhibit B**, with an accurate translation attached as **Exhibit C**.

7.      On March 12, 2014, Christian Hours, Vice President of the Tribunal de Grande Instance de Paris issued an order directing WordPress and Automattic, Inc. to remove the Blog. A true and correct copy of this order is attached as **Exhibit D**, with an accurate translation attached as **Exhibit E**.

8.      On March 7, 2014, Alexandre Fayçal Joude signed a sworn statement in support of the "Request for Removal." A true and correct copy of this document is attached as **Exhibit F**, with an accurate translation attached as **Exhibit G**.

9.      In granting my Request for Removal, Christian Hours, Vice President of the Tribunal de Grande Instance de Paris specifically stated to me that he was granting my request and issuing the order because the identity of my client, Alexandre Fayçal Joude was being misappropriated.

I declare under penalty of perjury under the laws of the State of California and the

Declaration of Jean-Luc Imbert

**DHILLON & SMITH LLP**

Page 2

United States that the foregoing is true and correct.

Dated:  March 24, 2014

_____
Jean-Luc Imbert

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Jean-Luc Imbert                          **DHILLON & SMITH LLP**

# EXHIBIT A

*Imbert*
*Bared*

IMBERT - BARED
A-326   0-432
13, rue Royale
75008 PARIS
Tél : 01.53.04.78.00

# Fwd: [#1778817]: blog thejoudes

**fajoude@free.fr** <fajoude@free.fr>                                    7 mars 2014 18:07
À : jeanluc imbert <jeanluc.imbert@cabinet-imbert.com>

Bonsoir

Ci-après la réponse de Wordpress

Cordialement

Alexandre Fayçal JOUDE

----- Mail transféré -----
De: "Auto Responder" <auto-responder@wordpress.com>
À: fajoude@free.fr
Envoyé: Jeudi 6 Mars 2014 02:45:05
Objet: [#1778817]: blog thejoudes

> I discovered with amazement a blog (http://thejoudes.wordpress.com) to defame my family object. The author of this blog has usurped my identity to publish defamatory information about family members with photos that I do not know how he was able to obtain
> I have instructed my lawyers to take legal action against the authors this blog but in the meantime I ask you to remove it.
> I am at your disposal to provide you with the documents proving my identity: Alexandre Faisal Joude
>
> Best Regards
> Alexandre Fayçal JOUDE

Hi there,

WordPress.com is in no position to arbitrate content disputes or make any form of legal judgment on allegations or claims, including defamation. Please provide us with a formal U.S. court order including a court's decision regarding this particular content; if any content is found to be defamatory or illegal by a U.S. court of law, it will be removed immediately from the WordPress.com service. For legal requests from outside the United States, we ask that the request be served via a United States court or enforcement agency under the procedures of an applicable mutual assistance legal treaty or letter rogatory.

For more information on how to submit a formal court order, please follow the directions here:

http://en.support.wordpress.com/disputes/legal-guidelines/

Thank you for your report and cooperation in this matter.

--
Terms of Service
WordPress.com

# EXHIBIT B

*14/883*

ARRIVÉE

Le   **1 2 MARS 2014**

*chambre des requêtes*

**IMBERT – BARED**
*Avocats à la Cour*
**13, rue Royale**
**75008 PARIS**
Téléphone : + 33 (1) 53 64 78 00
Palais J.-L. IMBERT : A 526
Palais L. BARED : D 472
Courriel : ci@cabinet-imbert.com

**REF. : BLOG JOUDE**

---

**REQUÊTE
A FIN DE RETRAIT**

---

**A Madame ou Monsieur le Président
du Tribunal de Grande Instance
de PARIS**

Messieurs **Alexandre Fayçal JOUDE**, né le 11 août 1964 à Tyr (Liban), de nationalité française, et **Danny JOUDE**, né le 5 octobre 1969 à Beyrouth (Liban), de nationalité française,

élisant domicile chez leur conseil, Maître **Jean Luc IMBERT**, Avocat à la Cour, 13 rue Royale, 75008 Paris, (A 526) (tel : 01 53 64 78 00) (adresse mail : ci@cabinet-imbert.com),

*ONT L'HONNEUR DE VOUS EXPOSER LES FAITS CI-APRES:*

1. Les requérants ont appris l'existence d'un blog mis en ligne le 4 mars 2014 sous les dénominations « Alexandre Faycal Joude / The Hoodwankers » et « Danny Joude / The Hoodwankers ».

1

En ayant pris connaissance, ils ont constaté que son contenu visait à leur nuire, pour les raisons qui seront détaillées ci après.

2. Les requérants ont aussitôt fait établir un Procès Verbal de Constat en date du 10 mars 2014 par Maître I. ARMENGAUD GATIMEL, huissier de Justice à Paris ; un autre procès verbal de constat avait été établi à la demande de Monsieur Alexandre Fayçal JOUDE le 9 mars 2014 par Me P. LANDELLE, huissier de Justice à Magnac Laval.

Le 6 mars 2014, Monsieur Alexandre Fayçal JOUDE a adressé un courriel à la société WORDPRESS.COM lui demandant le retrais de ce blog, auquel cette dernière avait répondu le même jour en lui indiquant qu'elle n'était pas en position de se prononcer sur d'éventuels litiges et ne procèderait à un quelconque retrait que dans la mesure où la décision émanerait d'un Tribunal.

L'avocat soussigné a écrit un courrier RAR le 7 mars 2014 à la société AUTOMATTIC afin de lui demander également le retrait du blog concerné.

A ce jour le blog concerné est toujours en ligne et il n'a en conséquence pas été tenu compte des demandes formulées par Monsieur Alexandre Fayçal Joude et l'avocat soussigné auprès des sociétés WORDPRESS. COM et AUTOMATTIC.

3. Les termes du blog concerné visent à porter préjudice aux requérants et doit faire l'objet d'un retrait pour les raisons essentielles suivantes :

   a) La lecture du contenu du blog concerné laisse supposer qu'il a été rédigé par l'un des requérants, en l'espèce Monsieur Alexandre Fayçal Joude.

2

Ceci est faux, ainsi que Monsieur Alexandre Fayçal Joude l'affirme dans l'attestation qu'il a rédigée le 7 mars 2014 précisant qu'il n'a jamais créé ce blog et qu'il n'en a jamais écrit ou publié le contenu.

b) Le contenu du blog concerné est illustré par un certain nombre de photographies qui ont un caractère strictement privé et dont la mise en ligne constitue donc une atteinte au droit à l'image de l'un comme de l'autre des requérants (voir en particulier les photographies illustrant les pages *« Relaxing at home »* page 2, *« Meet our Gang – The Joudes »* page 5 et *« Meet your author »* page 10).

c) Le texte du blog concerné est à l'évidence malveillant, faisant des affirmations parfaitement gratuites telles que *« Nous obtenons des fonds par fraude et escroquerie... »* ; *« Nous avons obtenu de nos victimes une somme d'au moins 30 millions d'Euros... »* ; *« La plus grande part des fonds collectés sont reversés aux Légionnaires du Christ... »* (page 6) ; il s'agit là d'affirmations sans le plus petit élément de preuve à l'appui, dont il est de surcroît impossible d'apporter la preuve contraire.

Il contient un certain nombre de propos purement et simplement injurieux, tel que *« Mon frère Danny Hanna Joudi qui a fière allure (mais est un peu stupide)... »* (page 7).

Il fait référence à des faits qui d'une part sont prescrits, puisqu'ils remontent à 1985 et 1986, d'autre part ne sont pas plus avérés et prouvés que les autres.

3

Le texte du blog concerné étant « nourri » et donc évolutif (il s'intitulait d'ailleurs le 7 mars 2014 « Danny Joude – Blogs, Pictures and more on Wordpress »), il a figuré le 7 mars 2014 une page intitulée *« Sale of Sudanese Oil rights »* indiquant que *« Nous avons réussi à vendre des droits dans le dénommé Bloc B soudanais, et devinez quoi ? Nous n'en sommes même pas propriétaires »*. Or il ressort d'un contrat de vente en date du 4 juillet 2011 que Monsieur Danny Joude, représentant la société WORLDMILL LTD a acquis une participation représentant 2 % du Bloc B pour un prix de US $ 20 millions. Il y a là un élément qui prouve la fausseté de l'affirmation contenue dans le blog concerné.

Il est donc clair que le ton général tout comme certains éléments particuliers du texte du blog concerné visent purement et simplement à nuire aux requérants. Ces derniers sont tous deux des hommes d'affaires dont la réputation est honorable ; ils ont par ailleurs une famille et en particulier des enfants ; ils ont par conséquent un intérêt certain à voir ordonner le retrait du blog concerné.

4

## PAR CES MOTIFS :

Et en application des dispositions de la Loi n° 2004-575 du 21 juin 2004, il vous est demandé d'ordonner à la société WORDPRESS.COM, 60 29th Street à San Francisco, Californie 94110 (Etats Unis) et / ou la société AUTOMATTIC, 132 Hawthorne Street, San Francisco, Californie 94107 (Etats Unis), en leur qualité d'hébergeur du blog concerné, de prendre toutes mesures nécessaires ou utiles à procéder au retrait du blog concerné

Fait à PARIS le 12 mars 2014

## BORDEREAU DES PIECES
## A L'APPUI DE LA REQUETE

1) Procès Verbal de Constat établi par Me I. ARMENGAUD GATIMEL le 10 mars 2014 ;
2) Procès verbal de Constat établi par Me P. LANDELLE le 9 mars 2014 ;
3) Echange de courriels en date du 6 mars 2014 entre Monsieur A. F. JOUDE et WORDPRESS.COM ;
4) Courrier RAR adressé le 7 mars 2014 à AUTOMATTIC ;
5) Attestation établie le 7 mars 2014 par M. A. F. JOUDE ;
6) Page publiée dans le blog concerné le 7 mars 2014 ;
7) Contrat de vente en date du 4 juillet 2011.

# EXHIBIT C

14/833

ARRIVED
MARCH 12 2014
*chamber of requests*

**IMBERT-BARED**
***Attorneys with the Court***
**13, rue Royale**
**75008 PARIS**
**Telephone: +33 (1) 53 64 78 00**
**Courthouse J.-L. IMBERT: A 526**
**Courthouse L. BARED: D 472**
**Email:** ci@cabinet-imbert.com

<u>**REF**</u>**: JOUDE BLOG**

### REQUEST
### FOR REMOVAL

**To Madame or Mister President
of the High Court
of PARIS**

Misters **Alexandre Fayçal JOUDE,** born August 11th, 1964 in Tyr (Lebanon), of French nationality, and **Danny JOUDE,** born October 5th, 1969 in Beirut (Lebanon), of French nationality,

choosing domicile with their counsel, Mr. **Jean Luc IMBERT,** Attorney with the Court, 13 rue Royale, 75008 Paris, (A 526) (tel: 01 53 64 78 00) (email address: ci@cabinet-imbert.com),

***HAVE THE HONOR OF SETTING OUT TO YOU THE FACTS BELOW:***

1. The petitioners learned of the existence of a blog put online on March 4th, 2014 under the denominations "Alexandre Faycal Joude/The Hoodwankers" and "Danny Joude/The Hoodwankers".

1

By having become aware of this, they observed that its content aimed to harm them, for the reasons that will be detailed below.

2. The petitioners soon had introduced a Certified Report dated March 10th, 2014 by Mr. I. ARMENGAUD GATIMEL, court bailiff in Paris; another certified report had been introduced at the request of Mr. Alexandre Fayçal JOUDE on March 9th, 2014 by Mr. P. LANDELLE, court bailiff in Magnac Laval.

On March 6th, 2014, Mr. Alexandre Fayçal JOUDE sent an email to the company WORDPRESS.COM asking it for the removal (sic) of this blog, to which WORDPRESS.COM had answered the same day by pointing out to him that it was not in a position to decide on possible litigation and would only proceed to any removal whatsoever insofar as the decision would issue from a Court.

The undersigned attorney wrote a Return Receipt Requested email on March 7th, 2014 to the AUTOMATTIC company in order to ask it also for the removal of the blog concerned.

To date, the blog concerned is still online and the requests made by Mr. Alexandre Fayçal Joude and the undersigned attorney with the companies WORDPRESS.COM and AUTOMATTIC have not been taken into account.

3.  The terms of the blog concerned aim to harm the petitioners and must be the subject of a removal for the following essential reasons:

    a) The reading of the content of the blog concerned lets it be imagined that it was
    written by one of the petitioners, in the current case, Mr. Alexandre Fayçal Joude.

2

This is false, as Mr. Alexandre Fayçal Joude also affirms in the certification that he wrong on March 7th, 2014 specifying that he never created that blog and that he never wrote or published the content of it.

b) The content of the blog concerned is illustrated by a certain number of photographs that have a strictly private nature and whose placement online thus constitutes an infringement on the rights to the image on both of the petitioners (see in particular the photographs illustrating the pages *"Relaxing at home"* page 2, *"Meet our Gang - The Joudes"* page 5 and *"Meet your author"* page 10).

c) The text of the blog concerned is manifestly malicious, making some absolutely wanton statements such as *"We obtain funds by fraud and swindling..."; "We have obtained from our victims a sum of money of at least 30 million Euros..."; "The greatest part of the funds collected are donated to the Legionnaires of Christ..."* (page 6); there it concerns statements without the slightest element of proof in support, thus it is moreover impossible to bring contrary proof.

It contains a certain number of purely and simply injurious remarks, such as *"My brother Danny Hanna Joudi who has a proud look (but is a little stupid)..."* (page 7).

It makes reference to some facts that on the one hand are barred, since they go back to 1985 and 1986, on the other hand are no less proven or demonstrated than the others.

3

The text of the blog concerned being "fed" and thus progressive (it was entitled by the way on March 7th, 2014 "Danny Joude - Blogs, Pictures and more on Wordpress"), n March 7th, 2014 appeared a paged entitled "*Sale of Sudanese Oil Rights*" pointing out that "*We succeeded in selling rights in the Sudanese named Block B, and guess what? We are not even the owners of it*". But it results from a sales contract dated July 4th, 2011 that Mr. Danny Joude, representing the company WORLDMILL LTD. acquired a stake representing 2% of Block B for a price of $20 million USD. There is there an element that proves the falseness of the statement contained in the blog concerned.

It is thus clear that the general tone as well as certain particular elements of the text of the blog concerned aim purely and simply to harm the petitioners. They are both businessmen with honorable reputations; they have families moreover and children in particular; they thus consequently have a certain interest in seeing the removal of the concerned blog ordered.

4

***ON THESE GROUNDS:***

And in application of the provisions of Law No 2004-575 of June 21st, 2004, you are asked to order the company WORDPRESS.COM, 60 29th Street in San Francisco, California 94110 (United States) and/or the company AUTOMATTIC, 132 Hawthorne Street, San Francisco, California 94107 (United States) in their capacity of as host of the blog concerned, to take all necessary or useful measures to proceed to the removal of the blog concerned

Given in PARIS on March 12th, 2014

(illegible signature)

5

**SCHEDULE OF ITEMS**
**IN SUPPORT OF THE REQUEST**

1) Certified report introduced by Mr. I. ARMENGAUD GATIMEL, March 10th, 2014;
2) Certified report introduced by Mr. P. LANDELLE, March 9th, 2014;
3) Exchange of emails dated March 6th, 2014 between Mr. A. F. JOUDE and WORDPRESS.COM;
4) Return receipt requested email sent March 7th, 2014 to AUTOMATTIC;
5) Statement introduced on March 7th, 2014 by Mr. A. F. JOUDE;
6) Page published in the blog concerned on March 7th, 2014;
7) Sales contract dated July 4th, 2011.

6

# EXHIBIT D

## ORDONNANCE

Christian HOURS
Vice-Président
Délégué par le Président du Tribunal
de Grande Instance de Paris.

Nous, Juge auprès du Tribunal de Grande Instance de PARIS,

Vu les dispositions de la Loi n° 2004-575 en date du 21 juin 2004,

Vu la requête qui précède, les motifs sus-énoncés et les pièces à l'appui,

Donnons acte à Messieurs Alexandre Fayçal JOUDE et Danny JOUDE de la présentation de leur requête,

Ordonnons aux sociétés WORDPRESS.COM, 60 29th Street, San Francisco, Californie 94110, USA et / ou AUTOMATTIC, 132 Hawthorne Street, Californie 94107, USA, de prendre toutes mesures nécessaires ou utiles au retrait immédiat du blog intitulé « Alexandre Fayçal Joude / the Hoodwankers » et « Danny Joude / The Hoodwankers » ;

Disons que cette ordonnance devra être exécutée dans un délai d'au plus trois (3) mois ;

Disons qu'en cas de difficulté, il nous en sera référé.

Fait en notre Cabinet, au Palais de Justice de PARIS, le 12 mars 2014.

7

# EXHIBIT E

## ORDER

**Christian HOURS**
**Vice President**
**Delegated by the President of the**
**High Court of Paris**

We, a judge with the High Court of PARIS,
Given the provisions of Law No 2004-575 dated June 21st, 2004,
Given the preceding request, the grounds set out above and the supporting items,

Acknowledge Mr. Alexandre Fayçal JOUDE and Mr. Danny JOUDE in the presentation of their request,

Order the companies WORDPRESS.COM, 60 29th Street, San Francisco, California 94110, USA and/or AUTOMATTIC, 132 Hawthorne Street, California 94107, USA, to take all necessary or useful measures for the immediate removal of the blog entitled "Alexandre Fayçal Joude/ the Hoodwankers" and "Danny Joude/ The Hoodwankers";

State that this order must be executed in a time period of three (3) months at the maximum;

State that in the event of difficulty, it will be referred to us.

Given at our Office, at the Palace of Justice of PARIS, March 12th, 2014

(seal)
HIGH COURT OF PARIS
- S 035 -

(illegible signature)

7

# EXHIBIT F

(5)

IMBERT - BARRÉ
Avocat à la Cour
Cabinet de Paris
15, rue Royale
75008 PARIS
Tél. : 01.53.64.79.00

Alexandre Fayçal JOUDE
32 rue du Morbras
94510 L.a Queue en brie
Née à Tyr- Liban le 11/08/1963
Nationalité Française

Paris le 7/03/2014

Objet : Attestation sur l'honneur

Madame, Monsieur,

Je soussigné Alexandre Fayçal JOUDE, demeurant au 32 rue du Morbras- 94510 La Queue en l
atteste sur l'honneur que :

- je n'ai jamais crée le blog « Les Hoodwankers» dont l'adresse site est
  « http://thejoudes.wordpress.com»,

- je n'ai jamais écrit ou publié les informations qui figurent dans ce Blog

- J'ai adressé un email à plate-forme « wordpress.com » qui héberge ce blog pour lui fa
  de ce qui précède

J'ai pris connaissance des sanctions pénales encourues par l'auteur d'une fausse attestation.

Fait pour servir et valoir ce que de droit.

*Paris le 7/03/2014*

Signature

# EXHIBIT G

*5*
IMBERT-BARED
A-526 D-472
*Attorneys with the Court*
13, rue Royale
75008 PARIS
Tel: 01.53.64.78.00

Alexandre Fayçal JOUDE
32 rue du Morbras
94510 La Queue en brie
Born in Tyr - Lebanon on 08/11/1963
French nationality

Paris, 03/07/2014

Subject: Sworn statement

Madam, Sir,

I the undersigned Alexandre Fayçal JOUDE, residing at 32 rue du Morbras - 94510 La Queue en (cut off text), swear that:

    - I have never created the blog "The Hoodwankers" of which the web address is

    "http://thejoudes.wordpress.com",

    - I have never written or published the information that appears in this Blog

    - I sent an email to the platform "wordpress.com" that hosts this blog to (cut off text) of the preceding

I am aware of the penal sanctions risked by the author of a false statement.

Given to assert my rights.

*Paris, 03/07/2014*

Signature

(illegible signature)



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Mar-25-2014  8:34 am

---

Case Number: CGC-14-538193

Filing Date: Mar-24-2014 8:32

Filed by:  VICTORIA GONZALEZ

Juke Box: 001    Image: 04422677

DECLARATION

---

ALEXANDRE FAYCAL JOUDE et al VS. WORDPRESS FOUNDATION, A
CALIFORNIA CORPORATION et al


001C04422677


**Instructions:**
Please place this sheet on top of the document to be scanned.

31

1   PATRICIA MCCOY SMITH (SBN: 129290)
    patsmith@dhillonsmith.com
2   JOHN-PAUL S. DEOL (SBN: 284893)
    jpdeol@dhillonsmith.com
3   DHILLON & SMITH LLP
4   177 Post Street, Suite 700
    San Francisco, CA 94108
5   Telephone:   (415) 433-1700
6   Facsimile:   (415) 520-6593

7   Attorneys for Plaintiffs Alexandre Fayçal Joude
8   and Daniel Joude

**F I L E D**
Superior Court of California
County of San Francisco

MAR 2 4 2014

CLERK OF THE COURT
BY: _____
                    Deputy Clerk

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10       COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

11

12   ALEXANDRE FAYÇAL JOUDE,  and
     DANIEL JOUDE,
13
                    Plaintiffs,
14
          v.
15
     WORDPRESS FOUNDATION, a California
16   corporation, AUTOMATTIC, INC., a
17   Delaware corporation, and DOES 1-10,
18                  Defendants.
19

Case No.:   **CGC-14-538193**

**DECLARATION OF PATRICIA MCCOY
SMITH IN SUPPORT OF PLAINTIFFS
ALEXANDRE FAYÇAL JOUDE AND
DANIEL JOUDE EX PARTE
APPLICATION FOR A TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE REGARDING THEIR
REQUEST FOR A PRELIMINARY
INJUNCTION**

20

21

22

23

24

25

26

27

28

Declaration of Patricia McCoy Smith                    **DHILLON & SMITH LLP**

Page 1

I, Patricia McCoy Smith, declare under penalty of perjury as follows:

1.     I am a resident of Alameda County, California.

2.     I am an attorney duly licensed to practice law in the State of California.

3.     I am a partner with the law firm of Dhillon & Smith LLP.

4.     Dhillon & Smith LLP's business address is 177 Post Street, Suite 700, San Francisco, CA 94108.

5.     Through my law firm, I represent Alexandre Fayçal Joude and Daniel Joude in the above-referenced action.

6.     A true and correct copy of the blog "the Hoodwankers" on the website http://thejoudes.wordpress.com ("the Blog") that I viewed on March 24, 2014 is attached hereto as **Exhibit A**.

7.     A true and correct copy of WordPress' Terms of Service on the webpage http://en.wordpress.com/tos/ that I viewed on March 24, 2014 is attached hereto as **Exhibit B**.

8.     A true and correct copy of WordPress' Complaints policy on the webpage http://wordpress.com/complaints/ that I viewed on March 24, 2014 is attached hereto as **Exhibit C**.

9.     On March 19, 2014, I sent an e-mail to George Ng at Automattic, Inc. to discuss Plaintiffs' request that WordPress and Automattic, Inc. remove the Blog. A true and correct copy of that e-mail is attached hereto as **Exhibit D**.

10.     On March 19, 2014, George Ng responded to my e-mail connecting me by e-mail with Automattic's general counsel, Paul Sieminski. A true and correct copy of that e-mail is attached hereto as **Exhibit E**.

11.     On March 19, 2014, Paul Sieminski responded to George Ng's e-mail advising me that "[Automattic would] require either separate US legal process or the French judgment to be domesticated and served under US law. Either route is OK with [Automattic]. [Automattic] typically [doesn't] oppose such applications, but reserve[s] the right to do so." A true and correct copy of that e-mail is attached hereto as **Exhibit F**.

---

Declaration of Patricia McCoy Smith            **DHILLON & SMITH LLP**

12.     On March 20, 2014, I filed a complaint at http://wordpress.com/complaints/ to obtain the removal of the Blog, citing the Blog's violation of WordPress' own policies, but received no response to my request. I asked WordPress to contact me to resolve the issue, but did not receive a response to my complaint.

13.     To date, the Blog has not been removed or taken down.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: March 24, 2014

Patricia McCoy Smith

# EXHIBIT A

# The Hoodwankers

You can fool some people sometime but you can't fool all the people all the time...

SECRET
## Pacific Stars and Stripes May 20, 1986

- Faisal Joude is the leader of the group in Europe
- Dany is the leader in Spain
- Syrian Faried Jazan is the military coordinator.

## Targets
### Top terrorist names Libya in attack plot

MADRID (UPI) — The leader of an international terrorist ring has told police that Libya's acting ambassador in Madrid planned and paid for attacks against American and Jewish targets, Spain's leading daily newspaper reported Sunday.

El Pais, quoting sentences in the state prosecutor's office, said Faisal Hanna Joudi told investigators that Libyan charge d'affaires Ahmed Mohammed Nakaa paid the Call of Jesus Christ terror group $70,000 to carry out the attack.

Nakaa also allegedly gave "concrete instructions" on how to execute assaults against U.S. and Jewish targets in Madrid and Lisbon, Portugal, the newspaper reported.

El Pais said other Libyan diplomats may have been involved with the group, including two expelled since April 21 for alleged terror-related actions.

A spokesman at the Libyan People's Bureau, or embassy, in Madrid said Sunday that Nakaa "categorically denies any involvement in terrorism, in Spain or other countries, and did not know of this group until he read about it in the press."

Lybian Ambassador Ahmed Mohammed Nakaa PNG'd due to Joude's statement that they were paid $70,000 by him.

THE SPOKESMAN charged the allegations were part of a plot orchestrated by the CIA and Israeli intelligence to mobilize European opinion against Libya.

Spanish Foreign Ministry spokesman Inocencio Arias refused to comment on the report until the investigations into the Call of Jesus Christ are completed.

The Lebanon-born Joudi and his two brothers, four Spaniards, a Portuguese, a Jordanian and a Syrian were arrested earlier this month on charges of planting bombs in Paris, Lisbon and Madrid, including an unsuccessful attack against the Bank. See SPAIN, Page A3

## Spain ───────
### ● From Page A1
of American offices in the Spanish capital on May 2.

Police say the 10 belonged to the Call of Jesus Christ, a little-known anti-Jewish group formed in 1981.

Spanish diplomats told El Pais the charges linking Nakaa to the terrorist group created "new problems" for Libyan-Spanish relations,

which have been tense since the two countries began expulsions of each other's citizens and diplomats last month.

Among the Libyans expelled was consul general Said Abedina Beroul, who was ordered to leave May 9 for allegedly attempting a secret mission between Libyan leader Col. Muammar Khadafy and a Spanish army officer now under arrest.

# Pacific Stars and Stripes May 1986

This entry was posted in Our History and tagged Alexandre Faycal Joude, Danny Joude, Elias Hanna, Faisal Hanna Joudi on March 8, 2014 [http://thejoudes.wordpress.com/2014/03/08/pacific-stars-and-stripes-may-1986/] .

**Follow**

Case 3:14-cv-01058-B   Document 1-4   Filed 04/10/14   Page 36 of 64



# Military Consulting Services

In the context of establishing links between the authorities of qatar and French industry regarding military contracts, we have provided consulting services for such a purpose.

The following document shows the type of services that we provided for Lohr industries.20130429 contrat de prêt Soframe-World Mill

This entry was posted in Our Projects and tagged Danny Joude, qatar, Robert Lohr on March 7, 2014 [http://thejoudes.wordpress.com/2014/03/07/military-consulting-services/] .

**Follow**



# Relaxing at home

After a hard week of Hoodwanking we relax...

This entry was posted in Our History and tagged Alexandre Faycal Joude, Danny Joude, Fredy Joude, Simon Joude on March 4, 2014 [http://thejoudes.wordpress.com/2014/03/04/relaxing-at-home/] .

**Follow**



# Sale of Sudanese Oil rights…or would you buy anything from man in a Cowboy Hat?

We have been very successful selling rights to the so-called block B in Sudan, and guess what?  We don't even own it.  You can read more here but you need to pay for the article.  I would never violate copyright laws…

http://www.africaintelligence.com/AEM/oil/2013/07/16/a-lot-of-suitors-for-block-b,107969439-ART

This entry was posted in Our Projects, What the press says about us… on March 4, 2014 [http://thejoudes.wordpress.com/2014/03/04/sale-of-sudanese-oil-rights-or-would-you-buy-anything-from-man-in-a-cowboy-hat/] .

**Follow**

# Targets
## Top terrorist names Libya in attack plot

MADRID (UPI) — The leader of an international terrorist ring has told police that Libya's acting ambassador in Madrid plotted and paid for attacks against American and Jewish targets, Spain's leading daily newspaper reported Sunday.

El Pais, quoting sources in the state prosecutor's office, said Faisal Hanna Joudi told investigators that Libyan charge d'affaires Ahmed Mohammed Nakaa paid the Call of Jesus Christ terror group $70,000 to carry out the attacks.

Nakaa also allegedly gave "concrete instructions" on how to execute assaults against U.S. and Jewish targets in Madrid and Lisbon, Portugal, the newspaper reported.

El Pais said other Libyan diplomats may have been involved with the group, including two expelled since April 25 for alleged terror-related activities.

A spokesman at the Libyan People's Bureau, or embassy, in Madrid said Sunday that Nakaa "categorically denies any involvement in terrorism, in Spain or other countries, and did not know of this group until he read about it in the press."

## Interesting past time…

On the 12th of December 1985, the French secret police DST detected a suspicious man making "repairs" by the Argentine consulate and then in front of the Synagogue on Rue Copernicus. He was determined to be Rabah Mousa using a false identity, photographed and allowed to return by train to Madrid. On the 28th of December 1985, the group planted a bomb in a synagogue on Rue Copernic in Paris that failed to explode. On the 29th December 1985, the French authorities, following an "anonymous tip", arrested 3 suspects, including Abd al-Ra'uf Mahir Muhammad Helni (Egypt) outside the Hotel Madeleine Palace on suspicion of planning the attack.

They were in possession of false Spanish passports and their room contained sulfuric acid, nitric acid, wire, batteries, nails, alarm clocks, magnesium, a soldering

**Follow**

iron and papers in French, including an announcement addressed to Agence France Presse.

Today it is time that I confirm what was written in Le Monde at the time. I Faisal Joude denounced them to the French authorities after I sent them there in the first place. In return for this double dealing, I was trained in basic tradecraft and given "several tens of thousands of French Francs" with which I bought an apartment in Madrid that was used by my entire family until 1989.

While Faisal was reporting to the French, "The Call of Jesus Christ" planted a bomb at the Air France office in Lisbon on 11 April 1986. This attack was curiously attributed to Action Direct in the press, even though Faisal had drafted the press release himself.

On 2 May 1986, two terrorists were arrested by Spanish authorities while in the process of organizing an attack on Bank of America in Madrid. On 10 May 1986, my brothers and I were arrested, along with 5 others, of which Faried Jazan was one, and incarcerated at Carabanchel prison as the organizers of this attack. We were in possession of 5 kilos of Goma-2, a type of explosive commonly used by ETA in the 1980s. We were funded via the Libyan Embassy and Algerian sources. Our father Hanna Joude escaped the police at this time…

This entry was posted in Our Gang and tagged Abd al-Ra'uf Mahir, Alexandre Faycal Joude, Danny Joude, DST, Israel, legionaires of christ, Muhammad Helni, Rabah Mousa on March 3, 2014 [http://thejoudes.wordpress.com/2014/03/03/interesting-past-time/] .

**Follow**



# God's Fundraisers

We are the Joudes a family of Maronite Christians of Palestinian origin. We operate based on religious ideology, focused on the removal of Jews from "the land of Jesus Christ", i.e. Israel. We live modest lives with very few assets or luxuries. We are children of a religious con-artist, Elias Hanna Joudi, who was our practical, if not spiritual, mentor and leader.

We obtain funds through deceit and fraud and in turn fund their religious mission, for the benefit of Palestinian Christians. We have defrauded victims out of at least 30 million Euros. Most of the collected funds are passed to the Legionnaires of Christ, via our "charitable donations".

This entry was posted in The Legionaires of Christ and tagged Alexandre Faycal Joude, Danny Joude, Elias Hanna, Faisal Hanna Joudi, Israel, the land of Jesus Christ on March 3, 2014 [http://thejoudes.wordpress.com/2014/03/03/gods-fundraisers/] .

**Follow**



# Meet our Gang – The Joudes

**The Gang**

I am the leader of the pack: **Faisal Hanna Joudi.** I was born on 11 Aug 1964, Tyr and I am also known as Faisal Hanna Joude, Faisal Al Hanna, Faddy Hanna, Al Hanna Jaudi, Faisal Hanna Jaudi, Faisal Joude, Faddy Joude, as well as **Alexandre Faycal Joude.**

My goodlooking (but somewhat stupid) brother **Danny Hanna Joudi** was born on 5 Oct 1969 and is also known as Danny Joudi, Danny Jaudi, Danny Hanna Jaudi, Danny Hanna Joude, Danny Joude, also written as Dany, but is mainly known as **Dr. Dany Joude**, with a PHD in Hoodwanking from the University of **Pyongyang.**     Follow

Our brother **Fredy Hanna Joudi** was born on 25 May 1966 and is also known as Freddy Joudi, Freddy Jaudi, Freddy Hanna Jaudi, Freddy Hanna Joude y Freddy Joude but mainly known as **Fredy Joude.**

Finally our brother or cousin (we don't really know but this is a long story) **Simon Joude** was born on 8 Jul 1974.

**Pierre Joude** (Brother), dob: 15 Feb 1972

Our family is related to the **Kardouh** family from Syria. Our mother  is Souha Joude Kardouh, born in Damascas on 25 Jul 1938.

This entry was posted in Our Gang and tagged Alexandre Faycal Joude, Danny Joude, Faisal Hanna Joudi, Fredy Joude, legionaires of christ, Papa Joudi, Simon Joude on March 3, 2014 [http://thejoudes.wordpress.com/2014/03/03/meet-our-gang-the-joudes/] .

ᴕ

**Follow**

# EXHIBIT B

# Terms of Service
WordPress.com

## The gist:

We (the folks at Automattic) run a blog and web site hosting service called WordPress.com and would **love** for you to use it. Our basic service is free, and we offer paid upgrades for advanced features such as domain hosting and extra storage. Our service is designed to give you as much control and ownership over what goes on your site as possible and encourage you to express yourself freely. However, be responsible in what you publish. In particular, make sure that none of the prohibited items listed below appear on your site or get linked to from your site (things like spam, viruses, or hate content).

You can check our page on types of blogs to get a sense of the types of sites that are welcome on our service (or not!).

If you find a WordPress.com site that you believe violates our terms of service, please visit our dispute resolution & reporting page.

(Note, we've decided to make the below Terms of Service available under a **Creative Commons Sharealike** license, which means you're more than welcome to steal it and repurpose it for your own use, just make sure to replace references to us with ones to you, and if you want we'd appreciate a link to WordPress.com somewhere on your site. We spent a lot of money and time on the below, and other people shouldn't need to do the same.)

## Terms of Service:

The following terms and conditions govern all use of the WordPress.com website and all content, services and products available at or through the website, including, but not limited to, Jetpack by WordPress.com ("Jetpack") and the WordPress.com VIP hosting service ("VIP Service"), (taken together, the Website). The Website is owned and operated by Automattic, Inc. ("Automattic"). The Website is offered subject to your acceptance without modification of all of the terms and conditions contained herein and all other operating rules, policies (including, without limitation, Automattic's Privacy Policy) and procedures that may be published from time to time on this Site by Automattic (collectively, the "Agreement").

Please read this Agreement carefully before accessing or using the Website. By accessing or using any part of the web site, you agree to become bound by the terms and conditions of this agreement. If you do not agree to all the terms and conditions of this agreement, then you may not access the Website or use any services. If these terms and conditions are considered an offer by Automattic, acceptance is expressly limited to these terms. The Website is available only to individuals who are at least 13 years old.

1. **Your WordPress.com Account and Site.** If you create a blog on the Website, you are responsible for maintaining the security of your account and blog, and you are fully responsible for all activities that occur under the account and any other actions taken in connection with the blog. You must not describe or assign keywords to your blog in a misleading or unlawful manner, including in a manner intended to trade on the name or reputation of others, and

Automattic may change or remove any description or keyword that it considers inappropriate or unlawful, or otherwise likely to cause Automattic liability. You must immediately notify WordPress.com of any unauthorized uses of your blog, your account or any other breaches of security. Automattic will not be liable for any acts or omissions by You, including any damages of any kind incurred as a result of such acts or omissions.

2. **Responsibility of Contributors.** If you operate a blog, comment on a blog, post material to the Website, post links on the Website, or otherwise make (or allow any third party to make) material available by means of the Website (any such material, "Content"), You are entirely responsible for the content of, and any harm resulting from, that Content. That is the case regardless of whether the Content in question constitutes text, graphics, an audio file, or computer software. By making Content available, you represent and warrant that:

   - the downloading, copying and use of the Content will not infringe the proprietary rights, including but not limited to the copyright, patent, trademark or trade secret rights, of any third party;
   - if your employer has rights to intellectual property you create, you have either (i) received permission from your employer to post or make available the Content, including but not limited to any software, or (ii) secured from your employer a waiver as to all rights in or to the Content;
   - you have fully complied with any third-party licenses relating to the Content, and have done all things necessary to successfully pass through to end users any required terms;
   - the Content does not contain or install any viruses, worms, malware, Trojan horses or other harmful or destructive content;
   - the Content is not spam, is not machine- or randomly-generated, and does not contain unethical or unwanted commercial content designed to drive traffic to third party sites or boost the search engine rankings of third party sites, or to further unlawful acts (such as phishing) or mislead recipients as to the source of the material (such as spoofing);
   - the Content is not pornographic, does not contain threats or incite violence, and does not violate the privacy or publicity rights of any third party;
   - your blog is not getting advertised via unwanted electronic messages such as spam links on newsgroups, email lists, other blogs and web sites, and similar unsolicited promotional methods;
   - your blog is not named in a manner that misleads your readers into thinking that you are another person or company. For example, your blog's URL or name is not the name of a person other than yourself or company other than your own; and
   - you have, in the case of Content that includes computer code, accurately categorized and/or described the type, nature, uses and effects of the materials, whether requested to do so by Automattic or otherwise.

By submitting Content to Automattic for inclusion on your Website, you grant Automattic a world-wide, royalty-free, and non-exclusive license to reproduce, modify, adapt and publish the Content solely for the purpose of displaying, distributing and promoting your blog. If you delete Content, Automattic will use reasonable efforts to remove it from the Website, but you acknowledge that caching or references to the Content may not be made immediately unavailable.

Without limiting any of those representations or warranties, Automattic has the right (though not the obligation) to, in Automattic's sole discretion (i) refuse or remove any content that, in Automattic's reasonable opinion, violates any Automattic policy or is in any way harmful or objectionable, or (ii) terminate or deny access to and use of the Website to any individual or

entity for any reason, in Automattic's sole discretion. Automattic will have no obligation to provide a refund of any amounts previously paid.

3. **Payment and Renewal.**
   ○ **General Terms.**
     Optional paid services such as extra storage, or domain purchases are available on the Website (any such services, an "Upgrade"). By selecting an Upgrade you agree to pay Automattic the monthly or annual subscription fees indicated for that service. Payments will be charged on a pre-pay basis on the day you sign up for an Upgrade and will cover the use of that service for a monthly or annual subscription period as indicated. Upgrade fees are not refundable.
   ○ **Automatic Renewal.**
     Unless you notify Automattic before the end of the applicable subscription period that you want to cancel an Upgrade, your Upgrade subscription will automatically renew and you authorize us to collect the then-applicable annual or monthly subscription fee for such Upgrade (as well as any taxes) using any credit card or other payment mechanism we have on record for you. Upgrades can be canceled at any time in the Upgrades section of your site's dashboard.

4. **VIP Services.**
   ○ **Hosting, Support Services.** VIP Hosting/Support and VIP Support services are provided by Automattic under the terms and conditions for each such service, which are located at vip.wordpress.com/hosting-tos and vip.wordpress.com/support-tos, respectively. By signing up for a VIP Hosting/Support or VIP Support services account, you agree to abide by such terms and conditions.

5. **Firehose.**
   ○ **Fees; Payment.** By signing up for the WordPress.com Firehose you agree to pay Automattic the specified monthly fees in exchange for access to the feeds. Applicable fees will be invoiced starting from the day your access is established and in advance of using such services. Automattic reserves the right to change the payment terms and fees upon thirty (30) days prior written notice to you. Firehose access can be canceled by you at anytime on 30 days written notice to Automattic.
   ○ **Permitted Use.** You may use the WordPress.com Firehose to develop a product or service that searches, displays, analyzes, retrieves, and views information available on WordPress.com. You may also use the WordPress.com name or logos and other brand elements that Automattic makes available in order to identify the source of the information.
   ○ **Restricted Use.** You may not use the WordPress.com Firehose to substantially replicate products or services offered by Automattic, including the republication of WordPress.com content or the creation of a separate publishing platform. If Automattic believes, in its sole discretion, that you have violated or attempted to violate these conditions or the spirit of these terms, your ability to use and access the WordPress.com Firehose may be temporarily or permanently revoked, with or without notice.

6. **Responsibility of Website Visitors.** Automattic has not reviewed, and cannot review, all of the material, including computer software, posted to the Website, and cannot therefore be responsible for that material's content, use or effects. By operating the Website, Automattic does not represent or imply that it endorses the material there posted, or that it believes such material to be accurate, useful or non-harmful. You are responsible for taking precautions as necessary to protect yourself and your computer systems from viruses, worms, Trojan horses, and other harmful or destructive content. The Website may contain content that is offensive,

indecent, or otherwise objectionable, as well as content containing technical inaccuracies, typographical mistakes, and other errors. The Website may also contain material that violates the publicity rights, or infringes the intellectual property and other proprietary rights, of third parties, or the downloading, copying or use of which is subject to additional terms and conditions, stated or unstated. Automattic disclaims any responsibility for any harm resulting from the use by visitors of the Website, or from any downloading by those visitors of content there posted.

7. **Content Posted on Other Websites.** We have not reviewed, and cannot review, all of the material, including computer software, made available through the websites and webpages to which WordPress.com links, and that link to WordPress.com. Automattic does not have any control over those non-WordPress websites and webpages, and is not responsible for their contents or their use. By linking to a non-WordPress website or webpage, Automattic does not represent or imply that it endorses such website or webpage. You are responsible for taking precautions as necessary to protect yourself and your computer systems from viruses, worms, Trojan horses, and other harmful or destructive content. Automattic disclaims any responsibility for any harm resulting from your use of non-WordPress websites and webpages.

8. **Copyright Infringement and DMCA Policy.** As Automattic asks others to respect its intellectual property rights, it respects the intellectual property rights of others. If you believe that material located on or linked to by WordPress.com violates your copyright, you are encouraged to notify Automattic in accordance with <u>Automattic's Digital Millennium Copyright Act ("DMCA") Policy</u>. Automattic will respond to all such notices, including as required or appropriate by removing the infringing material or disabling all links to the infringing material. Automattic will terminate a visitor's access to and use of the Website if, under appropriate circumstances, the visitor is determined to be a repeat infringer of the copyrights or other intellectual property rights of Automattic or others. In the case of such termination, Automattic will have no obligation to provide a refund of any amounts previously paid to Automattic.

9. **Intellectual Property.** This Agreement does not transfer from Automattic to you any Automattic or third party intellectual property, and all right, title and interest in and to such property will remain (as between the parties) solely with Automattic. Automattic, WordPress, WordPress.com, the WordPress.com logo, and all other trademarks, service marks, graphics and logos used in connection with WordPress.com, or the Website are trademarks or registered trademarks of Automattic or Automattic's licensors. Other trademarks, service marks, graphics and logos used in connection with the Website may be the trademarks of other third parties. Your use of the Website grants you no right or license to reproduce or otherwise use any Automattic or third-party trademarks.

10. **Advertisements.** Automattic reserves the right to display advertisements on your blog unless you have purchased an Ad-free Upgrade or a VIP Services account.

11. **Attribution.** Automattic reserves the right to display attribution links such as 'Blog at WordPress.com,' theme author, and font attribution in your blog footer or toolbar. Footer credits and the WordPress.com toolbar may not be altered or removed regardless of upgrades purchased.

12. **Friends of WP.com Themes.** By activating a partner theme from the Friends of WP.com section of our themes directory, you agree to that partner's terms of service. You can opt out of their terms of service at any time by de-activating a partner theme.

13. **Domain Names.** If you are registering a domain name, using or transferring a previously registered domain name, you acknowledge and agree that use of the domain name is also subject to the policies of the Internet Corporation for Assigned Names and Numbers ("ICANN"), including their <u>Registration Rights and Responsibilities</u>.

14. **Changes.** Automattic reserves the right, at its sole discretion, to modify or replace any part of this Agreement. It is your responsibility to check this Agreement periodically for changes. Your continued use of or access to the Website following the posting of any changes to this Agreement constitutes acceptance of those changes. Automattic may also, in the future, offer new services and/or features through the Website (including, the release of new tools and resources). Such new features and/or services shall be subject to the terms and conditions of this Agreement.

15. **Termination.** Automattic may terminate your access to all or any part of the Website at any time, with or without cause, with or without notice, effective immediately. If you wish to terminate this Agreement or your WordPress.com account (if you have one), you may simply discontinue using the Website. All provisions of this Agreement which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

16. **Disclaimer of Warranties.** The Website is provided "as is". Automattic and its suppliers and licensors hereby disclaim all warranties of any kind, express or implied, including, without limitation, the warranties of merchantability, fitness for a particular purpose and non-infringement. Neither Automattic nor its suppliers and licensors, makes any warranty that the Website will be error free or that access thereto will be continuous or uninterrupted. If you're actually reading this, here's a treat. You understand that you download from, or otherwise obtain content or services through, the Website at your own discretion and risk.

17. **Limitation of Liability.** In no event will Automattic, or its suppliers or licensors, be liable with respect to any subject matter of this agreement under any contract, negligence, strict liability or other legal or equitable theory for: (i) any special, incidental or consequential damages; (ii) the cost of procurement for substitute products or services; (iii) for interruption of use or loss or corruption of data; or (iv) for any amounts that exceed the fees paid by you to Automattic under this agreement during the twelve (12) month period prior to the cause of action. Automattic shall have no liability for any failure or delay due to matters beyond their reasonable control. The foregoing shall not apply to the extent prohibited by applicable law.

18. **General Representation and Warranty.** You represent and warrant that (i) your use of the Website will be in strict accordance with the Automattic Privacy Policy, with this Agreement and with all applicable laws and regulations (including without limitation any local laws or regulations in your country, state, city, or other governmental area, regarding online conduct and acceptable content, and including all applicable laws regarding the transmission of technical data exported from the United States or the country in which you reside) and (ii) your use of the Website will not infringe or misappropriate the intellectual property rights of any third party.

19. **Indemnification.** You agree to indemnify and hold harmless Automattic, its contractors, and its licensors, and their respective directors, officers, employees and agents from and against any and all claims and expenses, including attorneys' fees, arising out of your use of the Website, including but not limited to your violation of this Agreement.

20. **Miscellaneous.** This Agreement constitutes the entire agreement between Automattic and you concerning the subject matter hereof, and they may only be modified by a written amendment signed by an authorized executive of Automattic, or by the posting by Automattic of a revised version. Except to the extent applicable law, if any, provides otherwise, this Agreement, any access to or use of the Website will be governed by the laws of the state of California, U.S.A., excluding its conflict of law provisions, and the proper venue for any disputes arising out of or relating to any of the same will be the state and federal courts located in San Francisco County, California. Except for claims for injunctive or equitable relief or claims regarding intellectual property rights (which may be brought in any competent court without the posting of a bond),

any dispute arising under this Agreement shall be finally settled in accordance with the Comprehensive Arbitration Rules of the Judicial Arbitration and Mediation Service, Inc. by one or more arbitrators appointed in accordance with such Rules. The arbitration shall take place in San Francisco, California, in the English language and the arbitral decision may be enforced in any court. The prevailing party in any action or proceeding to enforce this Agreement shall be entitled to costs and attorneys' fees. If any part of this Agreement is held invalid or unenforceable, that part will be construed to reflect the parties' original intent, and the remaining portions will remain in full force and effect. A waiver by either party of any term or condition of this Agreement or any breach thereof, in any one instance, will not waive such term or condition or any subsequent breach thereof. You may assign your rights under this Agreement to any party that consents to, and agrees to be bound by, its terms and conditions; Automattic may assign its rights under this Agreement without condition. This Agreement will be binding upon and will inure to the benefit of the parties, their successors and permitted assigns.

**Change log:**

July 7, 2009: Added "not pornographic" to paragraph 2 "Responsibility of Contributors".
December 18, 2010: Added automatic renewal section to paragraph 3 "Payment and Renewal".
February 1, 2011: Clarified procedure regarding termination of repeat infringers in paragraph 7.
April 27, 2011: Added "Advertisements" paragraph to clarify our ad policy (http://en.support.wordpress.com/advertising/).
May 17, 2011: Added "Friends of WordPress.com Themes" paragraph.
September 9, 2011: Added "Domain Names" paragraph.
October 17, 2011: Added "Firehose" paragraph.
March 6, 2012: Clarified definition of Website with addition of "Jetpack by WordPress.com".
April 6, 2012: Added "Attribution" paragraph to clarify our attribution policy.
November 12, 2012: Replaced VIP Services terms and conditions with cross references to VIP Hosting/Support and VIP Support services terms and conditions, located at vip.wordpress.com; removed "towards individuals or entities" from prohibition against threats of violence in Section 2.
June 12, 2013: Edited "Attribution" paragraph to specify that footer credits and the WordPress.com toolbar may not be altered.

**GET STARTED**

Create your own website

An Automattic Invention

**DO MORE**

- Features
- Store
- Themes
- Developers

**COMMUNITY**

Themes    Suppo

- Support
- Forums
- WordCamps.com
- WordPress.org

**COMPANY**

- Our Story
- Privacy
- Terms of Service
- Matt Mullenweg

**FROM OUR BLOGS**

- New Domains Available to Register
- Customizing Tumblelog Themes
- Writing Challenge: Writerly Reflections
- Monday Morning Edition

# EXHIBIT C

# Complaints
WordPress.com

We host millions of blogs on WordPress.com. We have no control over what content our users decide to post on their blogs, but we do have a set of rules about what content is and isn't acceptable on our service. If you have an issue with a blog on our system, please select one of the following to route your complaint:

- **Spam blogs:** Please use this form to report spam blogs. We will immediately suspend any spam blogs.
- **Mature blogs:** Please use this form to report blogs with mature topics (erotica, porn, etc). Mature blogs are welcome on WordPress.com, but we will mark them in our system so they don't show up in public listings.
- **Copyright violations:** If one of our blogs features your copyright protected material (and you did not authorize your content to be published by the blog in question), please use our DMCA reporting process.
- **Defamation, abuse, threats:** We suspend content for inciting violence or threatening or impersonating a private person. Please see our abuse process for more information.
- **Court orders:** Official, signed court orders can be emailed to court-orders@wordpress.com.
- **Law enforcement**: If you are a member of a law enforcement agency, please contact us at law-enforcement@wordpress.com.

**GET STARTED**

Create your own website

An Automattic Production

**DO MORE**

- Features
- Store
- Themes
- Developers

**COMMUNITY**

- Support
- Forums
- WordCamps
- WordPress.org

**COMPANY**

- Our Story
- Privacy
- Terms of Service

- Matt Mullenweg

Themes    Supp

**FROM OUR BLOGS**
WordPress.com

- New Domains Available to Register
- Customizing Tumblelog Themes
- Writing Challenge: Writerly Reflections
- Monday Morning Edition

# EXHIBIT D

**John-Paul Singh  Deol (Dhillon & Smith)**

| | |
|---|---|
| **From:** | Pat Smith (Dhillon & Smith) |
| **Sent:** | Wednesday, March 19, 2014 4:02 PM |
| **To:** | george@automattic.com |
| **Cc:** | John-Paul Singh  Deol (Dhillon & Smith) |
| **Subject:** | Alexandre and Danny Joude "Hoodwanker" Blog |

George - thank you for taking my call. I am a Partner at Dhillon & Smith and we represent Alex and Danny Joude. The Joude brothers have obtained an Order from the High Court of Paris directing the immediate removal of the blog entitled, "Alexandre Faycal Joude/the Hoodwankers and Danny Joude/the Hoodwankers."  We understand that it will be necessary to enforce said Order in the United States or institute a separate action here to have the blog removed. We would appreciate the opportunity to speak with your counsel, Paul Sieminski, to discuss the most efficient way to proceed. I would appreciate it if you could pass this along to him with the request that he contact me. We plan to file the action either on Friday or on Monday. Thank you.
Sent from my iPhone

# EXHIBIT E

**John-Paul Singh  Deol (Dhillon & Smith)**

| | |
|---|---|
| **From:** | george@automattic.com on behalf of George Ng <george@automattic.com> |
| **Sent:** | Wednesday, March 19, 2014 4:09 PM |
| **To:** | Pat Smith (Dhillon & Smith) |
| **Cc:** | John-Paul Singh  Deol (Dhillon & Smith); Paul Sieminski |
| **Subject:** | Re: Alexandre and Danny Joude "Hoodwanker" Blog |

Hi Pat,

I've cc'd Paul Sieminski our General Counsel. I'll let you folks take it from here.

Cheers,
George


On Wed, Mar 19, 2014 at 4:01 PM, Pat Smith (Dhillon & Smith) <patsmith@dhillonsmith.com> wrote:
George - thank you for taking my call. I am a Partner at Dhillon & Smith and we represent Alex and Danny Joude. The Joude brothers have obtained an Order from the High Court of Paris directing the immediate removal of the blog entitled, "Alexandre Faycal Joude/the Hoodwankers and Danny Joude/the Hoodwankers."  We understand that it will be necessary to enforce said Order in the United States or institute a separate action here to have the blog removed. We would appreciate the opportunity to speak with your counsel, Paul Sieminski, to discuss the most efficient way to proceed. I would appreciate it if you could pass this along to him with the request that he contact me. We plan to file the action either on Friday or on Monday. Thank you.
Sent from my iPhone


--

George Ng | Automattic | WordPress.com

# EXHIBIT F

1   PATRICIA MCCOY SMITH (SBN: 129290)
    patsmith@dhillonsmith.com
2   JOHN-PAUL S. DEOL (SBN: 284893)
    jpdeol@dhillonsmith.com
3   DHILLON & SMITH LLP
    177 Post Street, Suite 700
4   San Francisco, CA 94108
5   Telephone:   (415) 433-1700
6   Facsimile:   (415) 520-6593

7

8   Attorneys for Plaintiffs Alexandre Fayçal Joude
    and Daniel Joude

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10          COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

11

12   ALEXANDRE FAYÇAL JOUDE,  and          Case No.: **CGC-14-538193**
     DANIEL JOUDE,
13                                          **[PROPOSED] ORDER GRANTING
14              Plaintiffs,                 PLAINTIFFS ALEXANDRE FAYÇAL
                                            JOUDE AND DANIEL JOUDE EX PARTE
15          v.                              APPLICATION FOR A TEMPORARY
                                            RESTRAINING ORDER AND ORDER TO
16   WORDPRESS FOUNDATION, a California     SHOW CAUSE REGARDING THEIR
     corporation, AUTOMATTIC, INC., a       REQUEST FOR A PRELIMINARY
17   Delaware corporation, and DOES 1-10,   INJUNCTION**

18              Defendants.
                                            Department: 302
19                                          Hearing Date: March 25, 2014
                                            Hearing Time: 11:00 a.m.
20

21

22

23

24

25

26

27

28   [Proposed] Order Granting Plaintiffs' Ex Parte    **Dhillon & Smith LLP**
     Application for a TRO and Order to Show
     Cause
                              Page 1

1  **TO DEFENDANTS:**

2      Plaintiffs Alexandre Fayçal Joude and Daniel Joude applied *ex parte* for a

3  temporary restraining order and order to show cause for issuance of a preliminary

4  injunction and for expedited discovery ("Ex Parte Application") pursuant to California

5  Rules of Court, rules 3.1200, *et seq.* and California Code of Civil Procedure and sections

6  525, *et seq.* This Court, having reviewed the Complaint, Ex Parte Application for issuance

7  of a temporary restraining order and order to show cause for issuance of a preliminary

8  injunction, the supporting memorandum of points and authorities, and the supporting

9  declarations and exhibits,

10      **IT IS HEREBY ORDERED AS FOLLOWS:**

11              **I.      ORDER TO SHOW CAUSE**

12      **IT IS HEREBY ORDERED** that on _____ , at _____ in Department 302 of

13  the above-captioned Court located at 400 McAllister Street, San Francisco, CA 94102,

14  Defendants WordPress Foundation ("WordPress"), Automattic, Inc. ("Automattic"), and

15  Does 1-10, personally or through counsel, are **ORDERED TO APPEAR AND SHOW**

16  **CAUSE** why the following relief should not be issued:

17      1.      An order directing Defendants, their officers, agents, and all those acting in

18  concert with them, to remove and/or take down the blog "the Hoodwankers" at

19  http://thejoudes.wordpress.com.

20              **II.      TEMPORARY RESTRAINING ORDER**

21      **IT IS FURTHER ORDERED THAT** pending the hearing on the Order to Show

22  Cause set forth above, Defendants are **HEREBY TEMPORARILY RESTRAINED and**

23  **ORDERED** as follows:

24      1.      Defendants, their officers, agents, and all those acting in concert with them,

25  are immediately required to remove and/or take down the blog "the Hoodwankers" at

26  http://thejoudes.wordpress.com.

27  
_____

28  [Proposed] Order Granting Plaintiffs' Ex Parte          **Dhillon & Smith LLP**
   Application for a TRO and Order to Show
   Cause
                                        Page 2

1       **IT IS FURTHER ORDERED THAT** the Temporary Restraining Order set forth in

2   Section II of this Order shall remain in effect until the date for hearing on the Order to

3   Show Cause set forth below, or such further dates as set by the Court.

4       **III.    PRELIMINARY INJUNCTION HEARING PAPERS**

5       **IT IS FURTHER ORDERED THAT** Plaintiffs' supplemental papers (including

6   additional supporting evidence), if any, in support of the order to show cause will be

7   filed and served on Plaintiffs' attorneys by _____ ; Defendants' papers (including

8   additional supporting evidence), if any, in opposition to the Order to Show Cause

9   regarding why a preliminary injunction should not be issued, shall be filed and served

10  on Defendant's attorneys by _____ . Plaintiffs' reply papers, including any additional

11  materials, if any, shall be filed and served on Plaintiffs' counsel by _____.

12      **IT IS FURTHER ORDERED THAT** Defendants are hereby given notice that their

13  failure to attend the order to show cause hearing scheduled and noticed herein shall

14  result in immediate issuance of the requested preliminary injunction to take effect

15  immediately upon expiration or dissolution of the Temporary Restraining Order set forth

16  in Section II of this Order, and shall otherwise extend for the pendency of this litigation

17  upon the same terms and conditions as comprise the Temporary Restraining Order.

18  Defendants are hereby given further notice that, upon service of this Order upon their

19  attorneys, they are deemed to have actual notice of the issuance and terms of such

20  injunctive relief and any act by them in violation of any of the terms thereof may be

21  considered and prosecuted as contempt of this Court. Plaintiffs shall file with this Court a

22  proof of service indicating that that this Order was served on Plaintiffs through their

23  attorneys by no later than _____.

24  ////

25  ///

26  ///

27

28  [Proposed] Order Granting Plaintiffs' Ex Parte    **Dhillon & Smith LLP**
Application for a TRO and Order to Show
Cause

                                 Page 3

1    Dated: _____    _____

2                             Judge of the Superior Court

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Plaintiffs' Ex Parte    **Dhillon & Smith LLP**
Application for a TRO and Order to Show
Cause

Page 4

CASE NUMBER: CGC-14-538193  ALEXANDRE FAYCAL JOUDE et al VS. WORDPRESS FOUND

## <u>NOTICE TO PLAINTIFF</u>

A Case Management Conference is set for:

| | |
|---|---|
| **DATE:** | **AUG-27-2014** |
| **TIME:** | **10:30AM** |
| **PLACE:** | **Department 610** |
| | **400 McAllister Street** |
| | **San Francisco, CA  94102-3680** |

All parties must appear and comply with Local Rule 3.

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.  However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 610 twenty-five (25) days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

### ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

**IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**
(SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint.  All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400  McAllister Street, Room 103
San Francisco, CA  94102
(415) 551-3876

See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.