# EXHIBIT 2

# (Part 3 of 3)

## TO MORTON DECLARATION ISO NOTICE OF REMOVAL

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

PATRICIA MCCOY SMITH (SBN: 129290) JOHN-PAUL DEOL (SBN: 284893)

DHILLON & SMITH LLP, 177 Post Street, Suite 700, San Francisco, CA 94108

TELEPHONE NO.: (415) 433-1700   FAX NO. (Optional): (415) 520-6593

E-MAIL ADDRESS (Optional): patsmith@dhillonsmith.com, jpdeol@dhillonsmith.com

ATTORNEY FOR (Name): Plaintiffs Alexandre Fayçal Joude and Daniel Joude

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

STREET ADDRESS: 400 McAllister St, San Francisco, CA 94102

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: ALEXANDRE FAYÇAL JOUDE, et al.

DEFENDANT/RESPONDENT: WORDPRESS FOUNDATION, et al.

**FILED**

San Francisco County Superior Court

APR 0 2 2014

CLERK OF THE COURT

BY: _____
Deputy Clerk

| REQUEST FOR DISMISSAL | CASE NUMBER: CGC-14-538193 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☑ Without prejudice
   b. (1) ☑ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                     on (date):
      (4) ☐ Cross-complaint filed by (name):                     on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* Please dismiss only Defendant Wordpress Foundation.

2. (Complete in all cases except family law cases.)
   The court ☐ did ☑ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 04/02/2014

John-Paul S. Deol .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .                    ► _____
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                              (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross–Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

_____                                      ► _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                              (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross–Complainant

(To be completed by clerk)

4. ☐ Dismissal entered as requested on (date):

5. ☐ Dismissal entered on (date):                           as to only (name):

6. ☐ Dismissal **not entered** as requested for the following reasons (specify):


7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date: _____        Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| PLAINTIFF/PETITIONER: ALEXANDRE FAYÇAL JOUDE, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: WORDPRESS FOUNDATION, et al. | CGC-14-538193 |

### COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐  not recovering anything of value by this action.
   b. ☐  recovering less than $10,000 in value by this action.
   c. ☐  recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐  All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes  ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

PATRICIA MCCOY SMITH (SBN: 129290)
patsmith@dhillonsmith.com
JOHN-PAUL S. DEOL (SBN: 284893)
jpdeol@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone:   (415) 433-1700
Facsimile:   (415) 520-6593

Attorneys for Plaintiffs Alexandre Fayçal Joude
and Daniel Joude

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

| | |
|---|---|
| ALEXANDRE FAYÇAL JOUDE, and DANIEL JOUDE,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATTIC, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No.: CGC-14-538193<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO HAVE THE ORDER IN CONNECTION WITH THE STIPULATION RE: HEARING ON MARCH 25, 2014 SIGNED BY HON. ERNEST L. GOLDSMITH** |

Plaintiffs Alexandre Fayçal Joude and Daniel Joude ("Plaintiffs"), pursuant to Local Rule 9, hereby respectfully apply to the Court *ex parte* to request that the Hon. Ernest L. Goldsmith sign the Order in Connection with the Stipulation Re: Hearing on March 25, 2014.

### I.      Ex Parte Application

Pursuant to Local Rule 9, Plaintiffs Alexandre Fayçal Joude and Daniel Joude (collectively, "Plaintiffs"), hereby request that the Hon. Ernest L. Goldsmith sign the Order in Connection with the Stipulation Re: Hearing on March 25, 2014.

## A.  Statement of Facts

On March 28, 2014, counsel for plaintiffs delivered by hand two copies of the fully executed Stipulation Re: Hearing Before Hon. Ernest L. Goldsmith on March 25, 2014 (the "Stipulation"), together with a self-addressed stamped envelope to Department 302. The documents were handed to a woman who identified herself as a clerk of Department 302. The paralegal who delivered the documents informed the clerk that the documents were being submitted for Judge Goldsmith's signature.

On April 7, 2014, counsel's paralegal called Department 302 at (415) 551-3823 to follow up regarding the status of the Stipulation. The person she spoke with identified themselves as a clerk of Department 302 ("Clerk"). The Clerk informed our paralegal that she could not tell her exactly when the Stipulation would be signed by Judge Goldsmith, but that due to the court's backlog, it would likely take about two weeks. The Clerk also advised the paralegal that, in order to have the Stipulation signed expeditiously, counsel for Plaintiffs should submit an Ex Parte application.

## A.  Ex Parte Application Should Be Granted

This ex parte Application is based upon this Application, the Declarations of Patricia McCoy Smith and Elizabeth Gallagher, the files and records in this case, any oral argument and any other matters of which the Court may properly take judicial notice.

Date: April 7, 2014          DHILLON & SMITH LLP


By: _____
          Patricia McCoy Smith
          John-Paul S. Deol
          Attorneys for Plaintiffs
          Alexandre Fayçal Joude and Daniel Joude

---

1   PATRICIA MCCOY SMITH (SBN: 129290)
    patsmith@dhillonsmith.com
2   JOHN-PAUL S. DEOL (SBN: 284893)
3   jpdeol@dhillonsmith.com
    DHILLON & SMITH LLP
4   177 Post Street, Suite 700
    San Francisco, CA 94108
5   Telephone:   (415) 433-1700
6   Facsimile:    (415) 520-6593

7
    Attorneys for Plaintiffs Alexandre Fayçal Joude
8   and Daniel Joude

9                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

10          COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

11

12   ALEXANDRE FAYÇAL JOUDE,  and          Case No.: CGC-14-538193
     DANIEL JOUDE,
13
                    Plaintiffs,            DECLARATION OF PATRICIA MCCOY
14                                         SMITH IN SUPPORT OF PLAINTIFFS
                                           ALEXANDRE FAYÇAL JOUDE AND
15          v.                             DANIEL JOUDE EX PARTE
                                           APPLICATION TO HAVE THE ORDER IN
16   AUTOMATTIC, INC., a Delaware          CONNECTION WITH THE STIPULATION
     corporation, and DOES 1-10,          RE: HEARING ON MARCH 25, 2014
17                                         SIGNED BY THE HON. ERNEST L.
                    Defendants.            GOLDSMITH
18

19

20

21

22

23

24

25

26

27

28

Declaration of Patricia McCoy Smith                    DHILLON & SMITH LLP

I, Patricia McCoy Smith, declare under penalty of perjury as follows:

1.     I am a resident of Alameda County, California.

2.     I am an attorney duly licensed to practice law in the State of California.

3.     I am a partner with the law firm of Dhillon & Smith LLP.

4.     Dhillon & Smith LLP's business address is 177 Post Street, Suite 700, San Francisco, CA 94108.

5.     Through my law firm, I represent Alexandre Fayçal Joude and Daniel Joude in the above-referenced action.

6.     On or about April 2, 2014, I filed a Dismissal, Without Prejudice, as to Defendant WordPress Foundation, a California Corporation.

7.     On April 7, 2014, I learned that it would be necessary to appear ex parte in Department 302 in order to have the Order in connection with the fully executed Stipulation Re: the March 25, 2014 hearing signed by the Hon. Ernest L. Goldsmith this week.

8.     A true and correct copy of the April 7, 2014 e-mail that I sent to Mindy Morton, counsel for Automattic, Inc., providing notice of an ex parte hearing in this matter on April 9, 2014, is attached hereto as **Exhibit A**.

9.     A true and correct copy of the fully executed Stipulation Re: Hearing on March 25, 2014 is attached hereto as **Exhibit B**.

10.    The purpose of the ex parte hearing is to request that the Hon. Ernest L. Goldsmith sign the Order in connection with the fully executed Stipulation Re: the March 25, 2014 hearing.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: April 7, 2014

Patricia McCoy Smith

Declaration of Patricia McCoy Smith                    **DHILLON & SMITH LLP**

Page 2

# Exhibit A

## Gabriella Bartonico (Dhillon & Smith)

**From:**         Pat Smith (Dhillon & Smith)
**Sent:**          Monday, April 07, 2014 5:03 PM
**To:**            Gabriella Bartonico (Dhillon & Smith)
**Subject:**      Fwd: Joude: Dismissal Without Prejudice

Sent from my iPhone

Begin forwarded message:

> **From:** "Pat Smith (Dhillon & Smith)" <patsmith@dhillonsmith.com>
> **Date:** April 7, 2014 at 1:56:09 PM PDT
> **To:** "Morton, Mindy" <mindy.morton@procopio.com>
> **Cc:** "John-Paul Singh Deol (Dhillon & Smith)" <jpdeol@dhillonsmith.com>
> **Subject: Re: Joude: Dismissal Without Prejudice**
>
> Mindy. We just checked with the Judge about the Order and his staff advises that the only way to get the Order before Wednesday is to go in ex parte. As a result, this e-mail is also to provide notice to you as counsel for Automattic that we will be going in ex parte on Wednesday to have the Order signed. The Hearing will take place at 11:00 a.m.
>
> Sent from my iPhone
>
> On Apr 7, 2014, at 11:25 AM, "Morton, Mindy" <mindy.morton@procopio.com> wrote:
>
>> John-Paul,
>> Following up on the stipulation—I haven't received a signed copy yet. Could you please let me know the status?
>>
>> Thanks,
>> Mindy
>>
>> **Mindy Morton**
>> *Senior Counsel*
>>
>>
>> Procopio, Cory, Hargreaves & Savitch LLP
>> 1020 Marsh Road, Suite 200
>> Menlo Park, CA 94025
>> *direct dial: (650) 645-9020*
>> *direct fax: (650) 687-8320*
>> mindy.morton@procopio.com
>> www.procopio.com

Exhibit B

1   PATRICIA MCCOY SMITH (SBN: 129290)
    patsmith@dhillonsmith.com
2   JOHN-PAUL S. DEOL (SBN: 284893)
    jpdeol@dhillonsmith.com
3   DHILLON & SMITH LLP
4   177 Post Street, Suite 700
    San Francisco, CA 94108
5   Telephone:   (415) 433-1700
6   Facsimile:   (415) 520-6593

7
    Attorneys for Plaintiffs Alexandre Fayçal Joude
8   and Daniel Joude

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA
10           COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION
11

12  ALEXANDRE FAYÇAL JOUDE,  and          Case No.: CGC-14-538193
    DANIEL JOUDE,
13                                        STIPULATION RE: HEARING BEFORE
                    Plaintiffs,           HON. ERNEST L. GOLDSMITH ON
14                                        MARCH 25, 2014
            v.
15
16  WORDPRESS FOUNDATION, a California
    corporation, AUTOMATTIC INC., a
17  Delaware corporation, and DOES 1-10,

18                  Defendants.

19

20      IT IS HEREBY STIPULATED by and between Plaintiffs Alexandre Fayçal Joude and

21  Daniel Joude (collectively, "Plaintiffs") and Defendant Automattic Inc. ("Automattic")

22  (collectively, the "Parties") acting by and through their respective counsel that:

23      1.      On March 24, 2014, Plaintiffs filed a Complaint against WordPress Foundation,

24  Automattic Inc., and Does 1 to 10.  Plaintiffs' counsel served the Complaint on counsel for

25  Automattic, Melinda Morton, by hand on March 25, 2014.  Ms. Morton accepted service and
26

27

28

    Stipulation                          Dhillon & Smith LLP
                        Page 1

1    stipulates to the receipt of the Complaint.  Thereafter, Plaintiffs' counsel served Automattic,

2    Inc. at their offices located at 132 Hawthorne Street, San Francisco, CA  94107.

3         2.    On March 25, 2014, counsel for the parties appeared before the Hon. Ernest L.

4    Goldsmith and agreed as follows:  (1.) that Ms. Morton would agree to accept email service of a

5    subpoena seeking contact information, and, if available, name(s) for/of the "blogger," "user,"

6    and/or blog owner of the website referenced in the Complaint (the "Subpoena") and that

7    Automattic would respond to the Subpoena fifteen calendar days after service; and (2.) that

8    Plaintiffs would extend the time for Automattic to respond to the Complaint to May 23, 2014 to

9    avoid the necessity of Automattic having to file a motion to dismiss.

10        3.    Pursuant to the California Rules of Court, Rule 3.110(e), the Court retains the

11   authority to grant the agreed upon extension.

12

13

14   Dated:  March 28, 2014                    Respectfully submitted,

15                                             DHILLON & SMITH, LLP

16                                   By:       _____

17                                        for  Patricia McCoy Smith (SBN 129290)
                                              Attorneys for Plaintiffs

18

19   Dated: March 27, 2014                     Respectfully submitted,

20                                             PROCOPIO

21                                   By:       _____

22                                             Melinda M. Morton (SBN 209373)
                                              Attorneys for Defendant

23

24

25

26

27

28

Stipulation                                    Dhillon & Smith LLP
                                   Page 2

1

2                                    ORDER

3

4              GOOD CAUSE APPEARING, IT IS SO ORDERED AS STIPULATED ABOVE.

5

6

7

8

9

10

Dated: _____          _____
11                                   The Hon. Ernest L. Goldsmith
                                     Judge of the Superior Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation                          Dhillon & Smith LLP
                        Page 3

1  PATRICIA MCCOY SMITH (SBN: 129290)
   patsmith@dhillonsmith.com
2  JOHN-PAUL S. DEOL (SBN: 284893)
   jpdeol@dhillonsmith.com
3  DHILLON & SMITH LLP
4  177 Post Street, Suite 700
5  San Francisco, CA 94108
   Telephone:    (415) 433-1700
6  Facsimile:    (415) 520-6593

7
8  Attorneys for Plaintiffs Alexandre Fayçal Joude
   and Daniel Joude

9          SUPERIOR COURT OF THE STATE OF CALIFORNIA

10     COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

11

12  ALEXANDRE FAYÇAL JOUDE,  and      Case No.: CGC-14-538193
    DANIEL JOUDE,
13                                      DECLARATION OF ELIZABETH M.
14               Plaintiffs,            GALLAGHER IN SUPPORT OF
                                        PLAINTIFFS ALEXANDRE FAYÇAL
15          v.                          JOUDE AND DANIEL JOUDE EX PARTE
                                        APPLICATION TO HAVE THE ORDER IN
16  AUTOMATTIC, INC., a Delaware        CONNECTION WITH THE STIPULATION
    corporation, and DOES 1-10,        RE: HEARING ON MARCH 25, 2014
17                                      SIGNED BY THE HON. ERNEST L.
18               Defendants.            GOLDSMITH

19

20

21

22

23

24

25

26

27

28

---

Declaration of Elizabeth M. Gallagher            **DHILLON & SMITH LLP**
                    Page 1

1

2

3        I, Elizabeth M. Gallagher, declare under penalty of perjury as follows:

4       1.     I am a resident of San Francisco County, California.

5       2.     I am a paralegal with the law firm of Dhillon & Smith LLP.

6       3.     Dhillon & Smith LLP's business address is 177 Post Street, Suite 700, San

7   Francisco, CA 94108.

8       4.     On March 28, 2014, I delivered by hand two copies of the Stipulation Re:

9   Hearing Before Hon. Ernest L. Goldsmith on March 25, 2014 ("Stipulation") and a self-

10  addressed stamped envelope to Department 302. I handed the documents to a woman

11  who identified herself as a clerk of Department 302, and informed her that I was

12  submitting the Stipulation for Judge Goldsmith's signature.

13      5.     On April 7, 2014, I called Department 302 at (415) 551-3823 to follow up

14  regarding the status of the Stipulation. The person I spoke with identified themselves as a

15  clerk of Department 302 ("Clerk"). The Clerk informed me that she could not tell me

16  exactly when the Stipulation would be signed by Judge Goldsmith, and that due to the

17  court's backlog, it would likely take about two weeks. The Clerk advised me that in order

18  to have the Stipulation signed expeditiously, counsel for Plaintiffs should submit an Ex

19  Parte application.

20

21  Dated: April 7, 2014                                      

22                                      Elizabeth M. Gallagher

23

24

25

26

27

28

---

Declaration of Elizabeth M. Gallagher         **DHILLON & SMITH LLP**

Page 2

1  PATRICIA MCCOY SMITH (SBN: 129290)
   patsmith@dhillonsmith.com
2  JOHN-PAUL S. DEOL (SBN: 284893)
   jpdeol@dhillonsmith.com
3  DHILLON & SMITH LLP
4  177 Post Street, Suite 700
   San Francisco, CA 94108
5  Telephone:    (415) 433-1700
6  Facsimile:    (415) 520-6593

7
   Attorneys for Plaintiffs Alexandre Fayçal Joude
8  and Daniel Joude

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10          **COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION**

11

12  ALEXANDRE FAYÇAL JOUDE,  and          Case No.: CGC-14-538193
    DANIEL JOUDE,
13                                        **PROOF OF SERVICE**
                   Plaintiffs,
14
15          v.

16  WORDPRESS FOUNDATION, a California
    corporation, AUTOMATTIC, INC., a
17  Delaware corporation, and DOES 1-10,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

---

Proof of Service                          **Dhillon & Smith LLP**

## PROOF OF SERVICE

1

I declare that:

2

3    I am employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within entitled cause; my business address is

4    177 Post Street, Suite 700, San Francisco, California 94108.  On April 8, 2014, I served:

5

**Ex-Parte Application to have the Order in Connection with the Stipulation Re: Hearing**

6    **on March 25, 2014 Signed by Hon. Ernest L. Goldsmith**

7

**Declaration of Patricia McCoy Smith in Support of Ex-Parte Application to have the**

8    **Order in Connection with the Stipulation Re: Hearing on March 25, 2014 Signed by Hon. Ernest L. Goldsmith**

9

10    **Declaration of Elizabeth M. Gallagher in Support of Ex-Parte Application to have the**
**Order in Connection with the Stipulation Re: Hearing on March 25, 2014 Signed by**

11    **Hon. Ernest L. Goldsmith**

12

13    on the parties listed below, addressed as follows:

14    MINDY M. MORTON

15    Procopio, Cory, Hargreaves & Savitch LLP
1020 Marsh Road, Suite 200

16    Menlo Park, California 94025
mindy.morton@procopio.com

17

18

19        x        By electronic mail.

20        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 8, 2014, at

21    San Francisco, California.

22

23

24

25    _____
Elizabeth Gallagher

26

27

28

Proof of Service                                          Dhillon & Smith LLP

1   PATRICIA MCCOY SMITH (SBN: 129290)
      patsmith@dhillonsmith.com
2   JOHN-PAUL S. DEOL (SBN: 284893)
      jpdeol@dhillonsmith.com
3
    DHILLON & SMITH LLP
4   177 Post Street, Suite 700
    San Francisco, CA 94108
5   Telephone:   (415) 433-1700
    Facsimile:   (415) 520-6593
6

ENDORSED
F I L E D
San Francisco County Superior Court

APR 0 9 2014

CLERK OF THE COURT
LESLEY FISCELLA
Deputy Clerk

7
8   Attorneys for Plaintiffs Alexandre Fayçal Joude
    and Daniel Joude

9
          SUPERIOR COURT OF THE STATE OF CALIFORNIA
10
      COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION
11

12   ALEXANDRE FAYÇAL JOUDE,  and
    DANIEL JOUDE,
13
                  Plaintiffs,
14
          v.
15
16   WORDPRESS FOUNDATION, a California
    corporation, AUTOMATTIC INC., a
17   Delaware corporation, and DOES 1-10,
18
          Defendants.

Case No.: CGC-14-538193

**STIPULATION RE: HEARING BEFORE
HON. ERNEST L. GOLDSMITH ON
MARCH 25, 2014**

19
20         IT IS HEREBY STIPULATED by and between Plaintiffs Alexandre Fayçal Joude and

21   Daniel Joude (collectively, "Plaintiffs") and Defendant Automattic Inc. ("Automattic")

22   (collectively, the "Parties") acting by and through their respective counsel that:

23         1.       On March 24, 2014, Plaintiffs filed a Complaint against WordPress Foundation,

24   Automattic Inc., and Does 1 to 10.  Plaintiffs' counsel served the Complaint on counsel for

25   Automattic, Melinda Morton, by hand on March 25, 2014.  Ms. Morton accepted service and

26
27
28

Stipulation                             **Dhillon & Smith LLP**
                        Page 1

1  stipulates to the receipt of the Complaint.  Thereafter, Plaintiffs' counsel served Automatic,

2  Inc. at their offices located at 132 Hawthorne Street, San Francisco, CA  94107.

3       2.     On March 25, 2014, counsel for the parties appeared before the Hon. Ernest L.

4  Goldsmith and agreed as follows:  (1.) that Ms. Morton would agree to accept email service of a

5  subpoena seeking contact information, and, if available, name(s) for/of the "blogger," "user,"

6  and/or blog owner of the website referenced in the Complaint (the "Subpoena") and that

7  Automattic would respond to the Subpoena fifteen calendar days after service; and (2.) that

8  Plaintiffs would extend the time for Automattic to respond to the Complaint to May 23, 2014 to

9  avoid the necessity of Automattic having to file a motion to dismiss.

10

11       3.     Pursuant to the California Rules of Court, Rule 3.110(e), the Court retains the

12  authority to grant the agreed upon extension.

13

14  Dated: March 28, 2014             Respectfully submitted,

15

16                      DHILLON & SMITH, LLP

17                      By: _____

18                       for  Patricia McCoy Smith (SBN 129290)
                       Attorneys for Plaintiffs

19

20  Dated: March 27, 2014             Respectfully submitted,

21                      PROCOPIO

22                      By: _____

23                      Melinda M. Morton (SBN 209373)
                       Attorneys for Defendant

24

25

26

27

28

Stipulation                    Dhillon & Smith LLP

1

2                                          ORDER

3

4                GOOD CAUSE APPEARING, IT IS SO ORDERED AS STIPULATED ABOVE.

5

6

7

8

9

10    Dated:    4/9/14

11                                             The Hon. Ernest H Goldsmith
                                              Judge of the Superior Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation                                    Dhillon & Smith LLP
                                  Page 3